# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FORTUNE HOLDINGS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 22-0287-WS-N |
| | ) |
| **STATE FARM FIRE AND CASUALTY** | ) |
| **COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the order of Court dated October 6, 2023, the plaintiff shall have and recover nothing of the defendant. Judgment is hereby entered in favor of defendant State Farm Fire and Casualty Company and against plaintiff Fortune Holdings, LLC.

DONE this 6th day of October, 2023.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE